KOH
EBP/BCW: USAO 2020R00735

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2020 NOV 18  P 5:30
CLERK'S OFFICE
AT GREENBELT
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-20cr397 |
| | * | |
| ANTHONY DWAYNE WHITE, | * | (Felon in Possession of a Firearm, |
| | * | 18 U.S.C. § 922(g)(1); Forfeiture, |
| Defendant | * | 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland charges that:

On or about September 24, 2020, in the District of Maryland, the defendant,

**ANTHONY DWAYNE WHITE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm—that is, one Glock model 27 .40 caliber pistol, serial number LYD104—and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Firearm Forfeiture

2. Upon conviction of the offense set forth in Count One, the defendant,

**ANTHONY DWAYNE WHITE,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one Glock model 27 .40 caliber pistol, serial number LYD104, and approximately 15 rounds of Smith & Wesson ammunition contained therein.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

2

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 11/18/20

3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**By:** ___ Complaint  ___ Information  **XX** Indictment

**Name of District Court, (City)**
Greenbelt, Maryland
Southern Division

**SEALED**

**Offense Charged:** Felon in Possession of a Firearm
___ Petty
___ Misdemeanor
**X** Felony

**Defendant - U.S. vs.** ANTHONY DWAYNE WHITE

**Address:**

**Birth date:** 07/31/1992   **Male/Female:** M   **Alien (Y/N):**

*(Optional unless a juvenile)*

___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

NOV 18 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Place of offense:** Prince George's County

**U.S.C. CITATION:** 18 U.S.C. § 922(g)(1).

## Proceeding

**Name of Complainant Agency, Person (& Title, if any) & Phone#**
SA Elisa Bohlen
DHS
443-721-9923

☐ Person is awaiting trial in another Federal or State Court, give name of court:

☐ This person/proceeding is transferred from another district per:
FRCrP  ☐ 20  ☐ 21  ☐ 40   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Attorney   ☐ Defense   Show Docket #

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearances before U.S. Magistrate Judge regarding this defendant were recorded under   Magistrate #

**Name & Office of Person furnishing information on this form:** Robert K. Hur, U.S. Attorney

**Name of Asst. U.S. Att'y:** Brendan Woods

**Phone Number:** 301-344-4433

## Defendant

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges.

2) ☐ Is a fugitive

3) ☐ Is on bail or release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If the answer to (6) is "Yes", show name of institution

Has detainer been filed? Y/N ___   Date filed ___

Date of Federal arrest ___   **OR**

Date Transferred to Federal Custody ___

☐ Check if plea is expected.

☐ This report amends AO 257 previously submitted

**FOR USE OF THE CLERK'S OFFICE**

## Additional Information or comments:

**Maximum Penalty:** 1) 10 years; $250k fine; 1 Yr SR

**Date of Offense:** On or about September 24, 2020

**Length of Trial:** 3 days

**HIDTA CASE:** ☐ no  ☐ no

**OCDETF CASE:** ☐ YES  ☐ NO

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Anthony Dwayne White<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.  PWG 20-cr-397<br><br>**SEALED** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anthony Dwayne White,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about September 24, 2020, Anthony Dwayne White, is charged with Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1).

Date: 11/18/2020

*Charles B. Day*
Digitally signed by Charles B. Day
DN: cn=Charles B. Day, o=US District Court of MD, ou=USDC, email=mdd_cbdchambers@mdd.uscourts.gov, c=US
Date: 2020.11.18 17:47:31 -05'00'

*Issuing officer's signature*

City and state: Greenbelt, MD    Honorable Charles B. Day, United States District Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

EBP/BCW: USAO 2020R00735

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
11/18/2020
CLERK'S OFFICE
AT GREENBELT
BY KN, DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO.   PWG 20-cr-397 |
| **ANTHONY DWAYNE WHITE,** | * |
|  | * **FILED UNDER SEAL** |
| **Defendant.** | * |

*******

### MOTION TO SEAL

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Brendan Woods, Special Assistant United States Attorney for said District, hereby moves this Honorable Court for an order sealing the Indictment and arrest warrant in the above-captioned matter. Disclosure of the Indictment would enable the defendant to evade his appearance before the Court.

**WHEREFORE**, the government requests that this Motion, the Order, the Indictment and all other documents filed in this action be **sealed** until further order of the Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _Erin B. Pulice_____
Erin B. Pulice
Assistant United States Attorney

**ORDERED** as prayed, this 18th day of November, 2020.

Charles B. Day
Digitally signed by Charles B. Day
DN: cn=Charles B. Day, o=US District Court of MD, ou=USDC,
email=mdd_cbdchambers@mdd.uscourts.gov, c=US
Date: 2020.11.18 17:46:10 -05'00'

_____
Charles B. Day
United States Magistrate Judge